**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-1973**

—————————

MOLLY LYNN STINNETTE BARRETT,

Plaintiff - Appellant,

versus

DALKON SHIELD CLAIMANTS TRUST,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Irene M. Keeley, District Judge. (CA-97-51-1)

—————————

Submitted: December 8, 1998      Decided: December 29, 1998

—————————

Before WIDENER, HAMILTON, and MICHAEL, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Molly Lynn Stinnette Barrett, Appellant Pro Se. Robert Carl Tucker, Rita A. Maimbourg, ARTER & HADDEN, Cleveland, Ohio; Jeffrey Michael Wakefield, FLAHERTY, SENSABAUGH & BONASSO, Charleston, West Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Molly Lynn Stinnette Barrett appeals the district court's order granting summary judgment to Defendant on the ground that West Virginia's two-year statute of limitations bars her action for fraud and personal injury caused by the Dalkon Shield. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Barrett v. Dalkon Shield Claimants Trust, No. CA-97-51-1 (N.D.W. Va. June 3, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED